IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-097-FDW-DCK

| | |
|---|---|
| SOMEECARDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER AND RECOMMENDATION** |
| SNARKECARDS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed by Richard T. Matthews, concerning Dwight D. Lueck, on May 8, 2014. Mr. Dwight D. Lueck seeks to appear as counsel *pro hac vice* for Plaintiff Someecards, Inc.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) is **GRANTED**. Mr. Dwight D. Lueck is hereby admitted *pro hac vice* to represent Plaintiff Someecards, Inc.

**SO ORDERED**.

Signed: May 8, 2014

David C. Keesler
United States Magistrate Judge