# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-097-FDW-DCK

| | |
|---|---|
| SOMEECARDS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SNARKECARDS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion For Definite Statement Of Copyright Infringement Claim" (Document No. 32) filed May 20, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

Defendants have failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion For Definite Statement Of Copyright Infringement Claim" (Document No. 32) is **DENIED WITHOUT PREJUDICE**.

Signed: May 20, 2014

David C. Keesler
United States Magistrate Judge